# Law Office of
# Michael S. Truesdale, PLLC

Michael S. Truesdale

*Board Certified • Civil Appellate Law*
*Texas Board of Legal Specialization*

mike@truesdalelaw.com

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

JUL 20 2015

CHRISTOPHER A. PRINE

CLERK _____

July 15, 2015

Honorable Christopher Prine, Clerk
First Court of Appeals
301 Fannin Street
Houston, TX 77002-2066

Re:  01-15-00523-CV, *Beckendorff et al. v. City of Hempstead, et. al.*

Dear Mr. Prine:

By this letter I request a copy of the clerk's and reporter's records in the above-captioned appeal.  I would appreciate it if you would forward a copy to me on CD in the enclosed  self-addressed, stamped envelope.

Respectfully submitted,

*/s/ Michael S. Truesdale*
Michael S. Truesdale
SBN 00791825
Counsel for Appellee Pintail Landfill, LLC

Law Office of Michael S. Truesdale, PLLC
801 West Avenue, Suite 201
Austin, TX 78701

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

JUL 20 2015

CHRISTOPHER A. PRINE
CLERK

770028=2066 0016

**MAIL RECEIVED**

**Honorable Christopher Prine, Clerk
First Court of Appeals
301 Fannin Street
Houston, TX 77002-2066**



FOREVER

B0775021119 1425